```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 17007
   MARY J NASTASOWSKI
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
          Debtor
   SSN XXX-XX-0179
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/01/08 .

   2.  The case was dismissed without confirmation, 10/24/2008.

   3.  The Debtor paid a total of $   1400.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| PGL & CC EMPLOYEES | SECURED | .00 | .00 | 309.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| RICHARD GROSSBERG | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE GOLD MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 309.00 | .00 | .00 | .00 | 309.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 309.00 | .00 | .00 | .00 | 309.00 |

The Debtor's attorney, ROBERT N HONIG                   , was allowed $   3500.00
and was paid $   1250.00   direct and $   1015.71   through the plan.

The Trustee received $      75.29 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE